B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Gobbo, Edward** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-7700** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1770 Harrison Street**<br>**Glenview, IL**<br>ZIP Code **60025** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)  (Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(12/11)                                                                                                                    **Page 2**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Gobbo, Edward** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)                (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

1/27/12 12:54PM

B1 (Official Form) 1(12/11)    Case 12-03613    Doc 1    Filed 02/01/12    Entered 02/01/12 15:17:29    Desc Main
                                              Document      Page 3 of 60                              Page 3

| **Voluntary Petition** | Name of Debtor(s) |
|---|---|
| *(This page must be completed and filed in every case)* | Gobbo, Edward |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor  **Edward Gobbo**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**January 27, 2012**
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

**Ariel Weissberg 03125591**
Printed Name of Attorney for Debtor(s)

**Weissberg and Associates, Ltd.**
Firm Name
**401 S. LaSalle St.**
**Suite 403**
**Chicago, IL 60605**

_____
Address

Email: ariel@weissberglaw.com
**312-663-0004  Fax: 312-663-1514**
Telephone Number

**January 27, 2012**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
### Northern District of Illinois

In re **Edward Gobbo**      Case No. _____

Debtor(s)     Chapter   **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

&#x2610; Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

&#x2610; Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

&#x2610; Active military duty in a military combat zone.

&#x2610; 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Edward Gobbo**
                        **Edward Gobbo**

Date:    **February 1, 2012**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Edward Gobbo**
_____,
                             Debtor

Case No. _____

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,183,000.00 | | |
| B - Personal Property | Yes | 5 | 37,482.66 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 5,650,000.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 28 | | 9,143,127.82 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 5 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 5,450.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 10,278.00 |
| Total Number of Sheets of ALL Schedules | | 47 | | | |
| Total Assets | | | 1,220,482.66 | | |
| Total Liabilities | | | | 14,793,127.82 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Edward Gobbo**                                              ,     Case No. _____
                              Debtor

                              Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**
**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Edward Gobbo**
_____,   Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**American Home Mortgage**<br>**PO Box 3050**<br>**Columbia, MD 21045-6050** | | - | **First Mortgage**<br><br>**612 W. Mulford, Chicago, Illinois**<br><br>Value $          **425,000.00** | | | | **350,000.00** | **0.00** |
| Account No.<br><br>**Bridgeview Bank Group**<br>**c/o Steven Radke, Esq.**<br>**79 W. Monroe, Suite 1305**<br>**Chicago, IL 60603** | | - | **Second mortgage**<br><br>**1770 Harrison St., Glenview, IL, 60025**<br><br>Value $          **750,000.00** | | | | **4,000,000.00** | **4,000,000.00** |
| Account No. **xxxxx9837**<br><br>**Citimortgage**<br>**P.O. box 183040**<br>**Columbus, OH 43218-3040** | X | - | **10/2006**<br><br>**Mortgage**<br><br>**1770 Harrison St., Glenview, IL, 60025**<br><br>Value $          **750,000.00** | | | | **1,100,000.00** | **350,000.00** |
| Account No.<br><br>**Park National Bank**<br>**c/o CROWLEY & LAMB PC**<br>**350 N LASALLE #900**<br>**Chicago, IL 60610** | | - | **third mortgage**<br><br>**1770 Harrison St., Glenview, IL, 60025**<br><br>Value $          **750,000.00** | | | X | **200,000.00** | **200,000.00** |
| __1__ continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | **5,650,000.00** | **4,550,000.00** |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re    **Edward Gobbo**_____, Case No. _____

                                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Washington Federal Bank 2869 South Archer Chicago, IL 60608** | - | | 612 W. Mulford, Chicago, Illinois  Value $            **425,000.00** | | | | **Unknown** | **Unknown** |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |

Sheet  **1**___ of  **1**____ continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **0.00** | **0.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **5,650,000.00** | **4,550,000.00** |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

In re    **Edward Gobbo**                                                                                          ,        Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____  continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Edward Gobbo**                                                      ,        Case No. _____
                                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **City of Chicago** **8212 Innovation Way** **Chicago, IL 60682-0082** | - | | | | | X | **Unknown** | **Unknown** |
| | | | | | | | **Unknown** | **0.00** |
| Account No. | | | | | | | | |
| **Illinois Department of Revenue** **100 W. Randolph Avenue** **Level 7-410** **Chicago, IL 60601** | - | | | | | X | **Unknown** | **Unknown** |
| | | | | | | | **Unknown** | **0.00** |
| Account No. | | | | | | | | |
| **Internal Revenue Service** **Kansas City, MO 64999-0002** | - | | | | | X | **Unknown** | **Unknown** |
| | | | | | | | **Unknown** | **0.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | |
|---|---|---|---|
| | | 0.00 | 0.00 |
| | Total (Report on Summary of Schedules) | 0.00 | |
| | | 0.00 | 0.00 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re  **Edward Gobbo**                                                    ,  Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**1327 S. Homan Building Corp.**<br>**c/o Alexander Pissos**<br>**2039 N. Western Ave.**<br>**Chicago, IL 60602** | - | | | | | | | X | **Unknown** |
| Account No.<br><br>**1426 N. Western, Inc.**<br>**c/o Alexander Pissos**<br>**2039 N. Western Ave.**<br>**Chicago, IL 60602** | - | | | | | | | X | **Unknown** |
| Account No.<br><br>**1620 W.  Warren, Inc.**<br>**c/o Alexander Pissos**<br>**2039 N. Western Ave.**<br>**Chicago, IL 60602** | - | | | | | | | X | **Unknown** |
| Account No.<br><br>**182 North Lamon, LLC**<br>**c/o Daniel Lauer**<br>**1424 W. Division St.**<br>**Chicago, IL 60642** | - | | | | | | | X | **Unknown** |

__27__  continuation sheets attached

Subtotal
(Total of this page)                                     **0.00**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                S/N:23645-120126   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Edward Gobbo**                      ,      Case No. _____

                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**1848 N. Western, Inc.**<br>**c/o Ed Gobbo**<br>**1848 N. Western Ave.**<br>**Chicago, IL 60647** | - | | | | | X | **Unknown** |
| Account No.<br><br>**1957 W. Dickens, Inc.**<br>**c/o Alexander Pissos**<br>**2039 N. Western Ave.**<br>**Chicago, IL 60602** | - | | | | | X | **Unknown** |
| Account No.<br><br>**2000-2006 W. Warren, LLC**<br>**c/o Alexander Pissos**<br>**2039 N. Western Ave.**<br>**Chicago, IL 60602** | - | | | | | X | **Unknown** |
| Account No.<br><br>**2005 W. Washington, LLC**<br>**c/o Alexander Pissos**<br>**2039 N. Western Ave.**<br>**Chicago, IL 60602** | - | | | | | X | **Unknown** |
| Account No.<br><br>**2008 W. Warren, Inc.**<br>**c/o Edward Gobbo**<br>**1770 Harrison Street**<br>**Glenview, IL 60025** | - | | | | | X | **Unknown** |

Sheet no. _**1**_ of _**27**_ sheets attached to Schedule of            Subtotal

Creditors Holding Unsecured Nonpriority Claims            (Total of this page)      **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edward Gobbo**                                              ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**2010 W. Warren, Inc.**<br>**c/o Jess Forrest**<br>**1400 Renaissance Dr., Suite 203**<br>**Park Ridge, IL 60068** | - | | | | | | X | **Unknown** |
| Account No.<br><br>**2016 N. Western, LLC**<br>**c/o Alexander Pissos**<br>**2039 N. Western Ave.**<br>**Chicago, IL 60602** | - | | | | | | X | **Unknown** |
| Account No.<br><br>**2039 N. Western, Inc.**<br>**c/o Alexander Pissos**<br>**2039 N. Western Ave.**<br>**Chicago, IL 60602** | - | | | | | | X | **Unknown** |
| Account No.<br><br>**2117-19 W. Washington, LLC**<br>**c/o Alexander Pissos**<br>**2039 N. Western Ave.**<br>**Chicago, IL 60602** | - | | | | | | X | **Unknown** |
| Account No.<br><br>**2131 West Washington Blvd, LLC**<br>**c/o Alexander Pissos**<br>**2039 N. Western Ave.**<br>**Chicago, IL 60602** | - | | | | | | X | **Unknown** |

Sheet no. _**2**__ of _**27**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Edward Gobbo**                                                          ,        Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | Husband, Wife, Joint, or Community | | | | |
| Account No. <br><br> **2235 West Washington, LLC c/o Alexander Pissos 2039 N. Western Ave. Chicago, IL 60602** | - | | | | | X | **Unknown** |
| Account No. <br><br> **23-25 N. Menard, Inc. c/o Alexander Pissos 2039 N. Western Ave. Chicago, IL 60602** | - | | | | | X | **Unknown** |
| Account No. <br><br> **2318 W. Montana, LLC c/o Alexander Pissos 2039 N. Western Ave. Chicago, IL 60602** | - | | | | | X | **Unknown** |
| Account No. <br><br> **2443 W. Armitage, LLC c/o Cambi Lynne Cann 180 N. LaSalle St., Suite 3400 Chicago, IL 60601** | - | | | | | X | **Unknown** |
| Account No. <br><br> **2451 West Madison, LLC c/o Alexander Pissos 2039 N. Western Ave. Chicago, IL 60602** | - | | | | | X | **Unknown** |

Sheet no. __3__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                   **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edward Gobbo**                                                                                    , Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **3147 S. May, LLC** <br> **c/o Alex Pissos** <br> **1848 N. Western Ave.** <br> **Chicago, IL 60647** | - | | | | | X | **Unknown** |
| Account No. <br><br> **3550 W. 13th Place, LLC** <br> **c/o Lauren Alexander** <br> **1130 W. 18th St.** <br> **Chicago, IL 60607** | - | | | | | X | **Unknown** |
| Account No. <br><br> **3610 S. Ellis Corporation** <br> **c/o Alexander Pissos** <br> **2039 N. Western Ave.** <br> **Chicago, IL 60602** | - | | | | | X | **Unknown** |
| Account No. <br><br> **3911 W. 14th Street, LLC** <br> **c/o Alexander Pissos** <br> **2039 N. Western Ave.** <br> **Chicago, IL 60602** | - | | | | | X | **Unknown** |
| Account No. <br><br> **713 N. Sawyer, Inc.** <br> **c/o Alexander Pissos** <br> **2039 N. Western Ave.** <br> **Chicago, IL 60602** | - | | | | | X | **Unknown** |

Sheet no. __4__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edward Gobbo**                                                    ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | | | | | |
| **713 S. Independence, LLC** **c/o Alex Pissos** **1848 N. Western Ave.** **Chicago, IL 60647** | - | | | | | | X | **Unknown** |
| **Account No.** | | | | | | | | |
| **8149-51 S. Marshfield, LLC** **c/o Alexander Pissos** **2039 N. Western Ave.** **Chicago, IL 60602** | - | | | | | | X | **Unknown** |
| **Account No.** xx-xx-x9745 | | | | ABN Amro Mortgage Group, Inc. v. Gobbo, et al., 09-CH-39745 | | | | |
| **ABN Amro Mortgage Group, Inc.** **c/o Ira T. Nevel, LLC** **175 N. Franklin St., Suite 201** **Chicago, IL 60606** | - | | | | | | X | **Unknown** |
| **Account No.** | | | | | | | | |
| **Action Investments, Inc.** **c/o Ed Gobbo** **1848 N. Western Ave.** **Chicago, IL 60647** | - | | | | | | X | **Unknown** |
| **Account No.** | | | | | | | | |
| **Adams Refrigeration Co., Inc.** **8421 Drake** **Skokie, IL 60076** | - | | | | | | | **141.00** |

Sheet no. __5__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**141.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edward Gobbo**                                                                     ,    Case No. _____
                                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Alexander S. Pissios** <br>**53 Tournament Drive North** <br>**Hawthorn Woods, IL 60047** | - | | | | | X | **Unknown** |
| Account No. **xxx6179** <br><br>**Allied Interstate, Inc.** <br>**12655 N. Central Expressway** <br>**Dallas, TX 75243** | - | | **E.H.G. Enterprises, Inc.** | | | | **3,496.53** |
| Account No. **3499-915880-73668** <br><br>**American Express** <br>**Correspondence Address** <br>**PO Box 6618** <br>**Omaha, NE 68105-0618** | - | | **07/2005** <br>**Credit card purchases** | | | | **7,026.83** |
| Account No. **xxxx-xxxxxx-x9287** <br><br>**American Express** <br>**Correspondence Address** <br>**PO Box 6618** <br>**Omaha, NE 68105-0618** | - | | **01/2005** <br>**Credit card purchases** | | | | **2,831.00** |
| Account No. **xxxx-xxxxxx-x1009** <br><br>**American Express** <br>**P.O. Box 6618** <br>**Omaha, NE 68105** | - | | **Credit card purchases** | | | | **7,026.83** |

Sheet no. __6___ of __27___ sheets attached to Schedule of                                  Subtotal                      |
Creditors Holding Unsecured Nonpriority Claims                                      (Total of this page)   **20,381.19**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edward Gobbo**                                              ,        Case No. _____
_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W<br>J C | | | | | | |
| Account No. **xxxxxxxxxx3007**<br><br>**American Express**<br>**P.O. Box 360001**<br>**Fort Lauderdale, FL 33336-0001** | - | | | **Credit card purchases** | | | | **2,831.46** |
| Account No. **xxxxxxx0104**<br><br>**American Metro Bank**<br>**4879 N. Broadway**<br>**Chicago, IL 60640** | X - | | | 08/2008 | | | X | **131,391.21** |
| Account No.<br><br>**B&M International Construction, Inc**<br>**c/o Jeremy J. Kramer**<br>**555 Skokie Blvd.**<br>**Northbrook, IL 60062** | - | | | **B&M International Construction, Inc v. Gobbo, et al., 07-M1-156497** | | | X | **Unknown** |
| Account No.<br><br>**Bank of America**<br>**100 N. Tyron**<br>**Charlotte, NC 28255** | X - | | | | | | X | **Unknown** |
| Account No.<br><br>**Bank of New York, Mellon**<br>**c/o Fisher & Shapiro**<br>**4201 Lake Cook Road**<br>**Northbrook, IL 60062** | X - | | | | | | X | **Unknown** |

Sheet no. __7___ of __27__ sheets attached to Schedule of                                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                                          (Total of this page)              **134,222.67**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Edward Gobbo**                                    , Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx-x1601** <br><br> **Bridgeview Bank** <br> **1970 N. Halstead St.** <br> **Chicago, IL 60614** | - | | | | | | 51,575.83 |
| Account No. **xxxxxxxx-x1501** <br><br> **Bridgeview Bank** <br> **1970 N. Halstead St.** <br> **Chicago, IL 60614** | - | | | | | | 55,000.80 |
| Account No. **xxxxxxxx-x1501** <br><br> **Bridgeview Bank** <br> **1970 N. Halstead St.** <br> **Chicago, IL 60614** | - | | | | | | 79,409.58 |
| Account No. **xxxxxxxx-x0001** <br><br> **Bridgeview Bank** <br> **1970 N. Halstead St.** <br> **Chicago, IL 60614** | - | | | | | | 221,796.45 |
| Account No. **xxxxxxxx-x0701** <br><br> **Bridgeview Bank** <br> **1970 N. Halstead St.** <br> **Chicago, IL 60614** | - | | | | | | 478,790.84 |

Sheet no. __8__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          886,573.50

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Edward Gobbo**                                                    ,     Case No. _____
                             Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx-x0001**<br><br>**Bridgeview Bank**<br>**1970 N. Halstead St.**<br>**Chicago, IL 60614** | - | | | | | | **70,987.08** |
| Account No. **xxxxxxxx-x0702**<br><br>**Bridgeview Bank**<br>**1970 N. Halstead St.**<br>**Chicago, IL 60614** | - | | | | | | **258,680.00** |
| Account No. **xxxxxxxx-x0701**<br><br>**Bridgeview Bank**<br>**1970 N. Halstead St.**<br>**Chicago, IL 60614** | - | | | | | | **298,724.33** |
| Account No. **xxxxxxxx-x1002**<br><br>**Bridgeview Bank**<br>**1970 N. Halstead St.**<br>**Chicago, IL 60614** | - | | | | | | **67,000.00** |
| Account No. **xxxxxxxx-x1003**<br><br>**Bridgeview Bank**<br>**1970 N. Halstead St.**<br>**Chicago, IL 60614** | - | | | | | | **250,000.00** |

Sheet no. __9__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                         Subtotal
            (Total of this page)      **945,391.41**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edward Gobbo**                                                                              ,          Case No. _____
                                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Bridgeview Bank Group** <br>**1970 N. Halsted St.** <br>**Chicago, IL 60614** | X | - | | | | X | **Unknown** |
| Account No. **xx-xx-x8167** <br><br>**Bridgeview Bank Group** <br>**c/o Steven Radke, Esq.** <br>**79 W. Monroe, Suite 1305** <br>**Chicago, IL 60603** | | - | **Bridgeview Bank Group v. Gobbo, et al., 10-CH-28167** | | | X | **Unknown** |
| Account No. **xx-x-xx0947** <br><br>**Bridgeview Bank Group** <br>**c/o Steven Radke, Esq.** <br>**79 W. Monroe, Suite 1305** <br>**Chicago, IL 60603** | | - | **Bridgeview Bank Group v. Gobbo, et al., 10-L-050947** | | | X | **Unknown** |
| Account No. **xx-xx-x6036** <br><br>**Bridgeview Bank Group** <br>**c/o Steven Radke, Esq.** <br>**79 W. Monroe, Suite 1305** <br>**Chicago, IL 60603** | | - | **Bridgeview Bank Group v. Gobbo, et al., 10-CH-26036** | | | X | **Unknown** |
| Account No. **xx-xx-x8042** <br><br>**Bridgeview Bank Group** <br>**c/o Steven Radke, Esq.** <br>**79 W. Monroe, Suite 1305** <br>**Chicago, IL 60603** | | - | **Bridgeview Bank Group v. Gobbo, et al., 10-CH-28042** | | | X | **Unknown** |

Sheet no. __**10**__ of __**27**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                                      **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edward Gobbo**                                                        ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx-xx-x6490** <br><br> **Bridgeview Bank Group** <br>**c/o Steven Radke, Esq.** <br>**79 W. Monroe, Suite 1305** <br>**Chicago, IL 60603** | - | | **Bridgeview Bank Group v. Gobbo, et al., 10-CH-26490** | | | X | Unknown |
| Account No. **xx-xx-x7110** <br><br> **Bridgeview Bank Group** <br>**c/o Steven Radke, Esq.** <br>**79 W. Monroe, Suite 1305** <br>**Chicago, IL 60603** | - | | **Bridgeview Bank Group v. Gobbo, et al., 10-CH-37110** | | | X | Unknown |
| Account No. **xx-xx-x9589** <br><br> **Bridgeview Bank Group** <br>**c/o Steven Radke, Esq.** <br>**79 W. Monroe, Suite 1305** <br>**Chicago, IL 60603** | - | | **Bridgeview Bank Group v. Gobbo, et al., 10-CH-29589** | | | X | Unknown |
| Account No. **xx-xx-xxxxx/xx-xx-x8920** <br><br> **Bridgeview Bank Group** <br>**c/o Steven Radke, Esq.** <br>**79 W. Monroe, Suite 1305** <br>**Chicago, IL 60603** | - | | **Bridgeview Bank Group v. 2235 W. Washington, LLC, 10-CH-26493/ 09-CH-28920** | | | X | Unknown |
| Account No. **xxxx-xxxx-xxxx-4115** <br><br> **Capital One Bank USA, N.A.** <br>**PO Box 6492** <br>**Carol Stream, IL 60197-6492** | - | | **Credit card purchases** | | | | 1,181.50 |

Sheet no. __11__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,181.50

B6F (Official Form 6F) (12/07) - Cont.

In re   **Edward Gobbo**
_____,      Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  Certified Survey, Inc. 1440 Renaissance Dr. Suite 140 Park Ridge, IL 60068 | | - | 2006 W. Warren St., Chicago, IL Condominium Survey | | | | 26,000.00 |
| Account No.  Chase Home Finance, LLC 3415 Vision Dr. Columbus, OH 43219-6009 | X | - | | | | X | Unknown |
| Account No.  Chicago Scaffolding, Inc. 4824 W. Lake St. Chicago, IL 60644 | | - | Image Contracting, LLC | | | | 2,676.42 |
| Account No. 2476  Citibank SD NA PO Box 6241 Sioux Falls, SD 57117-6241 | | - | Image Contracting, LLC | | | | 4,722.55 |
| Account No. xxxxxx9500  ComED PO Box 6111 Carol Stream, IL 60197 | | - | 02/2010 Electric bill | | | | 1,630.00 |

| | | |
|---|---|---|
| Sheet no. __12__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 35,028.97 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edward Gobbo**                                                                     ,      Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxxxx6545**<br><br>**ComED**<br>**PO Box 6111**<br>**Carol Stream, IL 60197** | | - | | | **02/2009**<br>**Electric bill** | | | | **1,499.00** |
| Account No. **x6499**<br><br>**ComED**<br>**PO Box 6111**<br>**Carol Stream, IL 60197** | | - | | | | | | | **1,630.21** |
| Account No. **xxxxxx2019**<br><br>**ComED**<br>**PO Box 6111**<br>**Carol Stream, IL 60197** | | - | | | | | | | **1,582.43** |
| Account No. **xx-x-x0845**<br><br>**Community First Bank-Chicago**<br>**c/o Deutsch, Levy & Engel**<br>**225 W. Washington St., Suite 1700**<br>**Chicago, IL 60606** | X | - | | | **Community First Bank-Chicago v. Edward Gobbo, 08-L-50845** | | | X | **Unknown** |
| Account No. **xxxxxx1009**<br><br>**Contract Callers, Inc.**<br>**PO Box 212489**<br>**Augusta, GA 30917-2489** | | - | | | **ComEd: 26499** | | | | **1,498.73** |

Sheet no. **_13_** of **_27_** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,210.37**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edward Gobbo**                                                                    ,        Case No. _____

                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. | | | E.H.G. Enterprises, Inc. | | | | |
| Cottage Sheet Metal, LLC 6640-46 W. 99th St. Chicago Ridge, IL 60415 | | - | | | | | 200.00 |
| Account No. | | | Legal Fees | | | | |
| Daniel G. Lauer & Associates, P.C. 1424 W. Division St. Chicago, IL 60622 | | - | | | | | 12,634.25 |
| Account No. xx-xx-xx4267 | | | Danley Lumber, Inc. v. Image Contracting, LLC, 07-M1-214267 | | | | |
| Danley Lumber, Inc. c/o Gerald R. Slutsky, Esq. 2531 Queens Way Northbrook, IL 60062 | | - | | | | X | Unknown |
| Account No. xx-xx-x7113 | | | Deutsche Bank National Trust v. Gobbo, et al., 09-CH-47113 | | | | |
| Deutche Bank National Trust c/o Andrew J. Nelson, Pierce & Ass. One North Dearborn, Suite 1300 Chicago, IL 60602 | | - | | | | X | Unknown |
| Account No. | | | | | | | |
| Diamler Financial Services, LLC c/o Blatt Hasenmiller 125 S. Wacker Dr., Suite 400 Chicago, IL 60606-4440 | X | - | | | | X | Unknown |

Sheet no. __14__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 12,834.25

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edward Gobbo**
,                                          Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**EHG Consulting, Inc.**<br>**c/o Hillel Frankel, Esq.**<br>**208 S. LaSalle St., Suite 1400**<br>**Chicago, IL 60604** | | - | | | | X | **Unknown** |
| Account No. **xx-xx-xx8867**<br><br>**Fireplace, Patio, Pool and Spa, LLC**<br>**c/o Elica Najdanovich**<br>**PO Box 65**<br>**Lemont, IL 60439** | | - | Fireplace, Patio, Pool and Spa, LLC v. Image Contracting, LLC, 07-SC-008867 | | | X | **Unknown** |
| Account No. **xxxxxxx7379**<br><br>**First Chicago Bank & Trust**<br>**1145 N. Arlington Heights Rd.**<br>**Itasca, IL 60143** | | - | 2000-2006 W. Warren, LLC | | | | **2,221,951.00** |
| Account No. **xxxxx-xxx-xxx2818**<br><br>**First Insurance Funding Corp.**<br>**PO Box 66468**<br>**Chicago, IL 60666-0468** | | - | Image Contracting, LLC | | | | **1,743.88** |
| Account No.<br><br>**First Merit Bank**<br>**2130 W. North Ave.**<br>**Chicago, IL 60647** | X | - | | | | X | **Unknown** |

Sheet no. __**15**__ of __**27**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,223,694.88**

B6F (Official Form 6F) (12/07) - Cont.

In re __Edward Gobbo_____,   Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 23-25 N. Menard, Inc. | | | | |
| GD General Contractor, LLC c/o Contractors Lien Services, Inc. 6315 N. Milwaukee Ave. Chicago, IL 60646 | | - | | | | | | X | 17,736.60 |
| Account No. | | | | | | | | | |
| Global Property Investments, LLC c/o Alexander Pissos 2039 N. Western Ave. Chicago, IL 60602 | | - | | | | | | X | Unknown |
| Account No. | | | | | Image Contracting, LLC | | | | |
| Haeger Engineering, LLC 1300 N. Plum Grove Rd. Schaumburg, IL 60173 | | - | | | | | | | 10,871.00 |
| Account No. | | | | | | | | | |
| Harris Bank 11 W. Monroe St. Chicago, IL 60603 | X | - | | | | | | X | Unknown |
| Account No. xx-xx-x2450 | | | | | Harris, N.A. v. 3147 S. May, LLC, et al., 10-CH-52450 | | | | |
| Harris, N.A. c/o Thompson Coburn, LLP 55 E. Monroe St., 37th Floor Chicago, IL 60603 | | - | | | | | | X | Unknown |

Sheet no. __16__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

28,607.60

B6F (Official Form 6F) (12/07) - Cont.

In re   **Edward Gobbo**                                                                    ,     Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Hartshorne Plunkard Architecture 232 N. Carpenter Chicago, IL 60607** | | - | | | | | 45,503.00 |
| Account No. | | | Image Contracting, LLC | | | | |
| **Hollub, Inc. 1041 W. Jackson Blvd. Chicago, IL 60607-2993** | | - | | | | | 605.00 |
| Account No. | | | | | | | |
| **Home Depot c/o Pro Consulting Services, Inc. PO Box 66768 Houston, TX 77266-6768** | X | - | | | | X | Unknown |
| Account No. xxxxxxxxxxxx2476 | | | Image Contracting, LLC | | | | |
| **Home Depot Credit Services Processing Center P.O. Box 6029 The Lakes, NV 88901-6029** | | - | | | | | 4,574.42 |
| Account No. | | | | | | | |
| **Horseshoe Casino and Hotel 11999 Casino Center Drive SE Elizabeth, IN 47117** | | - | | | | | 39.19 |

Sheet no. __17__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

50,721.61

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edward Gobbo**                                    ,      Case No. _____

                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Hudson's Property Management, Inc.** **c/o Edward Gobbo** **1770 Harrison Street** **Glenview, IL 60025** | | - | | | | X | **Unknown** |
| Account No. | | | | | | | |
| **IndyMac Federal Bank** **P.O. Box 78826** **Phoenix, AZ 85062** | X | - | | | | X | **Unknown** |
| Account No. | | | Image Contracting, LLC | | | | |
| **J&D Whirlpool and Bath Outlet, Inc.** **c/o Greystone Recovery Group Corp.** **6150 N. Milwaukee Ave.** **Chicago, IL 60646** | | - | | | | X | **10,282.02** |
| Account No. | | | | | | | |
| **Landmark Survey, Inc.** **306 W. Higgins Road** **Park Ridge, IL 60068-5745** | | - | | | | | **1,400.00** |
| Account No. | | | Image Contracting, LLC | | | | |
| **Landmark Survey, Inc.** **306 W. Higgins Road** **Park Ridge, IL 60068-5745** | | - | | | | | **3,600.00** |

Sheet no. __18__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

            Subtotal
            (Total of this page)      **15,282.02**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edward Gobbo**                                                                    ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Luis Jara**<br>**c/o Segal & Segal**<br>**77 W. Washington St., Suite 1113**<br>**Chicago, IL 60602** | | - | **Luis Jara v. Edward H. Gobbo, et al., 09-M1-102546** | | | X | **Unknown** |
| Account No.<br><br>**Marv Properties, LLC**<br>**Michael J. Newman**<br>**5225 Old Orchard Rd., Suite 5**<br>**Skokie, IL 60077** | | - | | | | X | **Unknown** |
| Account No.  **xx-x-xx2250**<br><br>**Midwest Bank & Trust Company**<br>**c/o LATIMER LEVAY FYOCK LLC**<br>**55 WEST MONROE, Suite #1100**<br>**Chicago, IL 60603** | | | **Midwest Bank and Trust Company v. Gobbo, et al., 09-L-012250** | | | X | **Unknown** |
| Account No.  **xxxxx6880**<br><br>**Midwest Bank & Trust Company**<br>**501 W. North Ave.**<br>**Melrose Park, IL 60160** | X | - | **Global Property Investments, LLC** | | | | **3,682.83** |
| Account No.  **xxxx0945**<br><br>**Mobile Mini, Inc.**<br>**7420 S. Kyrene Rd.**<br>**Suite 101**<br>**Tempe, AZ 85283** | | - | **Image Contracting, LLC** | | | | **804.55** |

Sheet no. __**19**__ of __**27**__ sheets attached to Schedule of                    Subtotal                 | **4,487.38**
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edward Gobbo**                                                          ,    Case No. _____
                                          **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Monroe-Western Builders, Inc. c/o Alexander Pissos 2039 N. Western Ave. Chicago, IL 60602** | - | | | | | | X | **Unknown** |
| Account No. | | | | Legal fees | | | | |
| **Much Shelist 191 N. Wacker Dr. Suite 1800 Chicago, IL 60606** | - | | | | | | | **31,663.38** |
| Account No.  **xx-xx-xx1688** | | | | **Mulford on the Park Condo Assn. v. Gobbo, 10-M1-711688** | | | | |
| **Mulford on the Park Condo Assn. c/o Mary R. Kerkorian 2551 N. Clark St., Suite 405 Chicago, IL 60614** | - | | | | X | | | **Unknown** |
| Account No. | | | | **23-25 N. Menard, Inc.** | | | | |
| **Multi Stone Countertops c/o Contractors Lien Services, Inc. 6315 N. Milwaukee Ave. Chicago, IL 60646** | - | | | | | | X | **27,060.72** |
| Account No. | | | | **Monroe-Western Builders, Inc.** | | | | |
| **Multi Stone Countertops c/o Contractors Lien Services, Inc. 6315 N. Milwaukee Ave. Chicago, IL 60646** | - | | | | | | X | **55,850.76** |

Sheet no. __**20**__ of __**27**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**114,574.86**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edward Gobbo**                                    , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx0928** | | | 09/1998 Gas bill | | | | |
| Nicor Gas P.O. Box 2020 Aurora, IL 60507 | - | | | | | | 262.00 |
| Account No. **xxxx x8-109** | | | | | | | |
| North Star Trust Company 500 W. Madison St. Suite 3150 Chicago, IL 60661 | - | | | | | | 535.00 |
| Account No. **xxxx x8-113** | | | | | | | |
| North Star Trust Company 500 W. Madison St. Suite 3150 Chicago, IL 60661 | - | | | | | | 620.00 |
| Account No. **xx-xx-x3097** | | | First Chicago Bank & Trust v. Gobbo, et al., 11-CH-23097 | | | | |
| Northbrook Bank & Trust c/o Polsinelli Shughart PC 161 N. Clark St., Suite 4200 Chicago, IL 60601 | X - | | | | | X | Unknown |
| Account No. **xxxxxxxxxxxx-xxxxx2653** | | | | | | | |
| Northshore University Health System Hospital Billing 23056 Network Place Chicago, IL 60673-1230 | - | | | | | | 222.92 |

Sheet no. __21__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,639.92**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Edward Gobbo**_____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **xxxxxxx-xxxx3304**<br><br>**Northshore Unviersity Health System**<br>**9851 Eagle Way**<br>**Chicago, IL 60678-0001** | - | | | | | | | | **21.20** |
| Account No. **xxxxxxx-xxxx3305**<br><br>**Northshore Unviersity Health System**<br>**9851 Eagle Way**<br>**Chicago, IL 60678-0001** | - | | | | | | | | **31.20** |
| Account No.<br><br>**Oak Worth Plumbing**<br>**9436 Steger Rd.**<br>**Frankfort, IL 60423** | - | **Image Contracting, LLC** | | | | | | | **105,226.00** |
| Account No.<br><br>**Oak Worth Plumbing**<br>**9436 Steger Rd.**<br>**Frankfort, IL 60423** | - | **Monroe Western Builders, Inc.** | | | | | | | **11,165.00** |
| Account No.<br><br>**One West Bank**<br>**888 E. Walnut St.**<br>**Pasadena, CA 91101** | - | | | | | | | X | **Unknown** |

Sheet no. __22__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **116,443.40**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Edward Gobbo**_____,   Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx-xx-x9697** <br><br> **Park National Bank** <br> **c/o CROWLEY & LAMB PC** <br> **350 N LASALLE #900** <br> **Chicago, IL 60654** | X | - | **Park National Bank v. 2318 W. Montana, LLC, 09-CH-09697** | | | X | **Unknown** |
| Account No. **xxxxxxxx2497** <br><br> **Peoples Gas** <br> **130 E. Randolph Dr.** <br> **Chicago, IL 60601** | | - | **E.H.G. Enterprises, Inc.** | | | | **670.93** |
| Account No. **xxxxxxxxx5545** <br><br> **Peoples Gas** <br> **130 E. Randolph Dr.** <br> **Chicago, IL 60601** | | - | **713 S. Independence, LLC** | | | | **1,555.53** |
| Account No. **xxxxxxxxx4209** <br><br> **Peoples Gas** <br> **130 E. Randolph Dr.** <br> **Chicago, IL 60601** | | - | **Maypole Properties Investors** | | | | **745.19** |
| Account No. **xxxxxxxx8039** <br><br> **Peoples Gas** <br> **130 E. Randolph Dr.** <br> **Chicago, IL 60601** | | - | **Western Monroe Builders, LLC** | | | | **4,458.15** |

Sheet no. __23__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,429.80**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Edward Gobbo**                                                    , Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx2463** <br><br> **Peoples Gas** <br> **130 E. Randolph Dr.** <br> **Chicago, IL 60601** | | - | **EHG Enterprises** | | | | **437.01** |
| Account No. <br><br> **Pro-Line Door Systems** <br> **716 N. Edgewood Ave.** <br> **Wood Dale, IL 60191** | | - | **Image Contracting, LLC** | | | | **440.00** |
| Account No. <br><br> **Ravenswood Community Bank** <br> **2300 West Lawrence Avenue** <br> **Chicago, IL 60625** | X | - | **2016 N. Western, LLC** | | | X | **Unknown** |
| Account No. <br><br> **Regional Adjustment Bureau, Inc.** <br> **7000 Goodlett Farms Parkway #501** <br> **PO Box 341111** <br> **Memphis, TN 38016** | X | - | | | | X | **Unknown** |
| Account No. **x2093** <br><br> **REL Financial** <br> **c/o McCarthy, Burgess & Wolff** <br> **26000 Cannon Road** <br> **Bedford, OH 44146** | | - | | | | | **302,234.09** |

Sheet no. __24__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**303,111.10**

B6F (Official Form 6F) (12/07) - Cont.

In re     **Edward Gobbo**                                                    ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Ronald Nisson**<br>**5255 Danbury Lane**<br>**Long Grove, IL 60047** | - | | | | | | 200,000.00 |
| Account No. **xxTIO-6** <br><br>**Rosenthal Bros., Inc.**<br>**PO Box 700**<br>**Deerfield, IL 60015-0700** | - | | Action Investments, Inc. | | | | 400.00 |
| Account No. **xx-xx-xx8681** <br><br>**Schaaf Window Co., Inc.**<br>**c/o Hoogendoorn and Talbot, LLP**<br>**122 S. Michigan Avenue, Suite 1220**<br>**Chicago, IL 60603-6263** | | | Schaaf Window Co., Inc. v. E.H.G. Enterprises, Inc., 07-M1-178681 | | | X | Unknown |
| Account No. **xxxxx-x0000** <br><br>**Schain, Burney, Ross & Citron**<br>**222 N. LaSalle St.**<br>**Suite 1910**<br>**Chicago, IL 60601-1102** | - | | Image Investments | | | | 15,101.95 |
| Account No. <br><br>**Slawomir Derezinski**<br>**d/b/a Comfort Solutions**<br>**2019 N. 74th Ct.**<br>**Elmwood Park, IL 60707** | - | | GBD Development, LTD. | | | X | 8,855.00 |

Sheet no. __25__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

224,356.95

B6F (Official Form 6F) (12/07) - Cont.

In re   **Edward Gobbo**                                                            ,        Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Smith Rothchild Bank** <br> **221 N. LaSalle St., Suite 1850** <br> **Chicago, IL 60601** | X | - | | | | X | **Unknown** |
| Account No. **xx-xx-x8824** <br><br> **Ted Kawula Company** <br> **c/o Bradley Daniel Birge** <br> **217 N. Jefferson St.** <br> **Chicago, IL 60661** | | - | **Ted Kawula Company v. Image Contracting, LLC, 07-CH-38824** | | | X | **Unknown** |
| Account No. <br><br> **Top Line Fence Company** <br> **2130 N. Cicero Ave.** <br> **Chicago, IL 60639** | | - | | | | | **385.00** |
| Account No. **xxxxxx5619** <br><br> **U.S. Cellular** <br> **PO Box 0203** <br> **Palatine, IL 60055-0203** | | - | | | | | **515.63** |
| Account No. <br><br> **US Bank, N.A.** <br> **801 N. Clark St.** <br> **Chicago, IL 60610** | X | - | | | | X | **Unknown** |

Sheet no. __26__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**900.63**

B6F (Official Form 6F) (12/07) - Cont.

In re     **Edward Gobbo**                                                          ,          Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | J C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxx0993<br><br>**Washington Federal Bank**<br>**2869 South Archer**<br>**Chicago, IL 60608** | X | - | | | 09/2008 | | | X | **4,000,000.00** |
| Account No.<br><br>**We're Down, LLC**<br>**c/o Alex Pissos**<br>**1848 N. Western Ave.**<br>**Chicago, IL 60647** | | - | | | | | | X | **Unknown** |
| Account No.<br><br>**Weis, Dubrock & Doody**<br>**1 North La Salle Street**<br>**Suite 1300**<br>**Chicago, IL 60602** | | - | | | | | | | **9,912.81** |
| Account No. xx-xx-x9790<br><br>**Yuri Star d/b/a New Age Concepts**<br>**c/o Fuksa Khorshid, LLC**<br>**70 W. Erie, 3rd Floor**<br>**Chicago, IL 60610** | | - | | | Yuri Star d/b/a New Age Concepts v. Ed Gobbo, et al., 08-CH-19790 | | | X | **Unknown** |
| Account No. xx-xx-x8007<br><br>**Yuri Star d/b/a New Age Concepts**<br>**c/o Edward A. Berman, P.C.**<br>**55 E. Monroe St., Suite 3910**<br>**Chicago, IL 60603** | | - | | | Yuri Star d/b/a New Age Concepts v. GBD Development, Inc., et al., 06-CH-18007 | | | X | **Unknown** |

Sheet no. __27__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,009,912.81**

Total
(Report on Summary of Schedules)

**9,143,127.82**

B6 Declaration (Official Form 6 – Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Edward Gobbo**

_____ Case No. _____
                    Debtor(s)                    Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**45**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  February 1, 2012          Signature _____
                                **Edward Gobbo**
                                Debtor

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

# United States Bankruptcy Court
### Northern District of Illinois

In re __Edward Gobbo__ _____   Case No. _____
                                        Debtor(s)      Chapter   __7__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **5,000.00** |
| Prior to the filing of this statement I have received | $ | **5,000.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

☑ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

☑ Debtor      ☐ Other (specify):

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   [Other provisions as needed]
    **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   __February  1, 2012__ _____      /s/ Ariel Weissberg _____
                                                     **Ariel Weissberg 03125591**
                                                     **Weissberg and Associates, Ltd.**
                                                     **401 S. LaSalle St.**
                                                     **Suite 403**
                                                     **Chicago, IL 60605**
                                                     **312-663-0004  Fax: 312-663-1514**
                                                     **ariel@weissberglaw.com**

---

# WEISSBERG AND ASSOCIATES, LTD.

401 South LaSalle
Suite 403
Chicago, Illinois 60605

Telephone: 312/663-0004
Facsimile: 312/663-1514
E-Mail:
**ariel@weissberglaw.com**

November 28, 2011

Mr. Ed Gobbo                          By Email:  mgobbo1@gmail.com
2039 North Western
Chicago, IL  60647

                 Re:     **Chapter 7 Bankruptcy**

Dear Mr. Gobbo:

We are pleased that you have requested this law firm to represent you in the above-captioned matter.  Lawyers are required, under the Rules of Professional Conduct, to communicate in writing the basis or rate of their fee when beginning the representation of a client.  This letter sets forth the terms concerning our representation of you.

You agree to pay our firm an advanced payment fee in the amount of $5,000.00, plus a $306 Bankruptcy Court Chapter 7 filing fee, (the "Advanced Payment Retainer"), from which we will credit against our legal services as rendered, which amounts are paid to us for the purpose of establishing our attorney-client relationship.

Should an adversary proceeding be commenced against you ("Adversary Proceeding"), we will bill you on an hourly basis--to be applied against the Advanced Payment Retainer.  Our billing is based on an hourly rate of $400.00 for time expended by me and $325 to $350.00 for time expended by the associates of Weissberg and Associates, Ltd.  Fractions of hours are computed in increments of one quarter (1/4) of an hour.  Some of the work on your case may be done by a paralegal assistant or by a law clerk whose hourly rates are substantially lower; and to the extent that their time is utilized, your overall fee will be reduced.  You shall also be responsible for paying all out-of-pocket expenses incurred by my firm in representing you in any such Adversary Proceeding, such as filings with courts and government agencies, photocopying, facsimile transmissions, express courier services, messenger services, computerized Westlaw research, travel costs, and other expenses and charges.

You shall also be responsible for paying all out-of-pocket expenses incurred by my firm in representing you, such as filings with courts and government agencies, photocopying, facsimile transmissions, express courier services, messenger services, computerized Westlaw research, travel costs, and other expenses and charges.

Please date and countersign this letter and return it to me together with a check payable to "Weissberg and Associates, Ltd." in the amount of the balance of the Advanced Payment Retainer so that we will have a written mutual memorandum of our understanding. Please retain the signed copy of the letter for your file.

Yours truly,

Ariel Weissberg

**ACCEPTED this ___ day of _____, 2011**

**ED GOBBO**

B 201A (Form 201A) (11/11)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

Form B 201A, Notice to Consumer Debtor(s)                                                                                          Page 2

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total fee $1046)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    __Edward Gobbo_____      Case No. _____

                                    Debtor(s)      Chapter    __7_____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

__Edward Gobbo_____      X __/s/ Edward Gobbo_____    __February 1, 2012__
Printed Name(s) of Debtor(s)                     Signature of Debtor                Date

Case No. (if known) _____    X _____
                                      Signature of Joint Debtor (if any)      Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                          Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Edward Gobbo** _____     Case No. _____

                                    Debtor(s)           Chapter    **7** _____

## VERIFICATION OF CREDITOR MATRIX

                                        Number of Creditors: _____ **127**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **February 1, 2012** _____        **/s/ Edward Gobbo** _____
                                                          **Edward Gobbo**
                                                          Signature of Debtor

.

1327 S. Homan Building Corp.
c/o Alexander Pissos
2039 N. Western Ave.
Chicago, IL 60602


1426 N. Western, Inc.
c/o Alexander Pissos
2039 N. Western Ave.
Chicago, IL 60602


1620 W.  Warren, Inc.
c/o Alexander Pissos
2039 N. Western Ave.
Chicago, IL 60602


182 North Lamon, LLC
c/o Daniel Lauer
1424 W. Division St.
Chicago, IL 60642


1848 N. Western, Inc.
c/o Ed Gobbo
1848 N. Western Ave.
Chicago, IL 60647


1957 W. Dickens, Inc.
c/o Alexander Pissos
2039 N. Western Ave.
Chicago, IL 60602


2000-2006 W. Warren, LLC
c/o Alexander Pissos
2039 N. Western Ave.
Chicago, IL 60602


2005 W. Washington, LLC
c/o Alexander Pissos
2039 N. Western Ave.
Chicago, IL 60602


2008 W. Warren, Inc.
c/o Edward Gobbo
1770 Harrison Street
Glenview, IL 60025

```
2010 W. Warren, Inc.
c/o Jess Forrest
1400 Renaissance Dr., Suite 203
Park Ridge, IL 60068


2016 N. Western, LLC
c/o Alexander Pissos
2039 N. Western Ave.
Chicago, IL 60602


2039 N. Western, Inc.
c/o Alexander Pissos
2039 N. Western Ave.
Chicago, IL 60602


2117-19 W. Washington, LLC
c/o Alexander Pissos
2039 N. Western Ave.
Chicago, IL 60602


2131 West Washington Blvd, LLC
c/o Alexander Pissos
2039 N. Western Ave.
Chicago, IL 60602


2235 West Washington, LLC
c/o Alexander Pissos
2039 N. Western Ave.
Chicago, IL 60602


23-25 N. Menard, Inc.
c/o Alexander Pissos
2039 N. Western Ave.
Chicago, IL 60602


2318 W. Montana, LLC
c/o Alexander Pissos
2039 N. Western Ave.
Chicago, IL 60602


2443 W. Armitage, LLC
c/o Cambi Lynne Cann
180 N. LaSalle St., Suite 3400
Chicago, IL 60601
```

2451 West Madison, LLC
c/o Alexander Pissos
2039 N. Western Ave.
Chicago, IL 60602


3147 S. May, LLC
c/o Alex Pissos
1848 N. Western Ave.
Chicago, IL 60647


3550 W. 13th Place, LLC
c/o Lauren Alexander
1130 W. 18th St.
Chicago, IL 60607


3610 S. Ellis Corporation
c/o Alexander Pissos
2039 N. Western Ave.
Chicago, IL 60602


3911 W. 14th Street, LLC
c/o Alexander Pissos
2039 N. Western Ave.
Chicago, IL 60602


713 N. Sawyer, Inc.
c/o Alexander Pissos
2039 N. Western Ave.
Chicago, IL 60602


713 S. Independence, LLC
c/o Alex Pissos
1848 N. Western Ave.
Chicago, IL 60647


8149-51 S. Marshfield, LLC
c/o Alexander Pissos
2039 N. Western Ave.
Chicago, IL 60602


ABN Amro Mortgage Group, Inc.
c/o Ira T. Nevel, LLC
175 N. Franklin St., Suite 201
Chicago, IL 60606

Action Investments, Inc.
c/o Ed Gobbo
1848 N. Western Ave.
Chicago, IL 60647


Adams Refrigeration Co., Inc.
8421 Drake
Skokie, IL 60076


Afni, Inc.
1310 Martin Luther King Drive
PO Box 3517
Bloomington, IL 61702-3517


Alexander S. Pissios
53 Tournament Drive North
Hawthorn Woods, IL 60047


Allied Interstate, Inc.
12655 N. Central Expressway
Dallas, TX 75243


Allied Interstate, Inc.
3200 Northline Ave.
Suite 160
Greensboro, NC 27408


American Express
Correspondence Address
PO Box 6618
Omaha, NE 68105-0618


American Express
P.O. Box 6618
Omaha, NE 68105


American Express
P.O. Box 360001
Fort Lauderdale, FL 33336-0001


American Home Mortgage
PO Box 3050
Columbia, MD 21045-6050

American Metro Bank
4879 N. Broadway
Chicago, IL 60640


B&M International Construction, Inc
c/o Jeremy J. Kramer
555 Skokie Blvd.
Northbrook, IL 60062


Bank of America
100 N. Tyron
Charlotte, NC 28255


Bank of New York, Mellon
c/o Fisher & Shapiro
4201 Lake Cook Road
Northbrook, IL 60062


Bridgeview Bank
1970 N. Halstead St.
Chicago, IL 60614


Bridgeview Bank Group
1970 N. Halsted St.
Chicago, IL 60614


Bridgeview Bank Group
c/o Steven Radke, Esq.
79 W. Monroe, Suite 1305
Chicago, IL 60603


Capital One Bank USA, N.A.
PO Box 6492
Carol Stream, IL 60197-6492


Certified Survey, Inc.
1440 Renaissance Dr.
Suite 140
Park Ridge, IL 60068


Chase Home Finance, LLC
3415 Vision Dr.
Columbus, OH 43219-6009

Chicago Scaffolding, Inc.
4824 W. Lake St.
Chicago, IL 60644


Citibank SD NA
PO Box 6241
Sioux Falls, SD 57117-6241


Citimortgage
P.O. box 183040
Columbus, OH 43218-3040


City of Chicago
8212 Innovation Way
Chicago, IL 60682-0082


ComED
PO Box 6111
Carol Stream, IL 60197


Community First Bank-Chicago
c/o Deutsch, Levy & Engel
225 W. Washington St., Suite 1700
Chicago, IL 60606


Contract Callers, Inc.
PO Box 212489
Augusta, GA 30917-2489


Cottage Sheet Metal, LLC
6640-46 W. 99th St.
Chicago Ridge, IL 60415


Daniel G. Lauer & Associates, P.C.
1424 W. Division St.
Chicago, IL 60622


Danley Lumber, Inc.
c/o Gerald R. Slutsky, Esq.
2531 Queens Way
Northbrook, IL 60062

Deutche Bank National Trust
c/o Andrew J. Nelson, Pierce & Ass.
One North Dearborn, Suite 1300
Chicago, IL 60602


Diamler Financial Services, LLC
c/o Blatt Hasenmiller
125 S. Wacker Dr., Suite 400
Chicago, IL 60606-4440


DiMonte & Lizak, LLC
216 W. Higgins Rd.
Park Ridge, IL 60068-5736


EHG Consulting, Inc.
c/o Hillel Frankel, Esq.
208 S. LaSalle St., Suite 1400
Chicago, IL 60604


Encore Receivable Management, Inc.
400 N. Rogers Rd.
P.O. Box 3330
Olathe, KS 66063


Fireplace, Patio, Pool and Spa, LLC
c/o Elica Najdanovich
PO Box 65
Lemont, IL 60439


First Chicago Bank & Trust
1145 N. Arlington Heights Rd.
Itasca, IL 60143


First Insurance Funding Corp.
PO Box 66468
Chicago, IL 60666-0468


First Merit Bank
2130 W. North Ave.
Chicago, IL 60647


Firstsource Advantage, LLC
205 Bryant Woods South
Amherst, NY 14228

GD General Contractor, LLC
c/o Contractors Lien Services, Inc.
6315 N. Milwaukee Ave.
Chicago, IL 60646


Global Property Investments, LLC
c/o Alexander Pissos
2039 N. Western Ave.
Chicago, IL 60602


H.E. Stark Agency, Inc.
PO Box 45710
Madison, WI 53744-5710


Haeger Engineering, LLC
1300 N. Plum Grove Rd.
Schaumburg, IL 60173


Harris Bank
11 W. Monroe St.
Chicago, IL 60603


Harris, N.A.
c/o Thompson Coburn, LLP
55 E. Monroe St., 37th Floor
Chicago, IL 60603


Hartshorne Plunkard Architecture
232 N. Carpenter
Chicago, IL 60607


Hollub, Inc.
1041 W. Jackson Blvd.
Chicago, IL 60607-2993


Home Depot
c/o Pro Consulting Services, Inc.
PO Box 66768
Houston, TX 77266-6768


Home Depot Credit Services
Processing Center
P.O. Box 6029
The Lakes, NV 88901-6029

Horseshoe Casino and Hotel
11999 Casino Center Drive SE
Elizabeth, IN 47117


Hudson's Property Management, Inc.
c/o Edward Gobbo
1770 Harrison Street
Glenview, IL 60025


I.C. System, Inc.
444 Highway 96 East
PO Box 64437
Saint Paul, MN 55164-0437


Illinois Department of Revenue
100 W. Randolph Avenue
Level 7-410
Chicago, IL 60601


IndyMac Federal Bank
P.O. Box 78826
Phoenix, AZ 85062


Internal Revenue Service
Kansas City, MO 64999-0002


J&D Whirlpool and Bath Outlet, Inc.
c/o Greystone Recovery Group Corp.
6150 N. Milwaukee Ave.
Chicago, IL 60646


Landmark Survey, Inc.
306 W. Higgins Road
Park Ridge, IL 60068-5745


Luis Jara
c/o Segal & Segal
77 W. Washington St., Suite 1113
Chicago, IL 60602


Marv Properties, LLC
Michael J. Newman
5225 Old Orchard Rd., Suite 5
Skokie, IL 60077

Michele Gobbo
1770 Harrison Street,
Glenview, IL 60025


Midwest Bank & Trust Company
c/o LATIMER LEVAY FYOCK LLC
55 WEST MONROE, Suite #1100
Chicago, IL 60603


Midwest Bank & Trust Company
501 W. North Ave.
Melrose Park, IL 60160


Mobile Mini, Inc.
7420 S. Kyrene Rd.
Suite 101
Tempe, AZ 85283


Monroe-Western Builders, Inc.
c/o Alexander Pissos
2039 N. Western Ave.
Chicago, IL 60602


Much Shelist
191 N. Wacker Dr.
Suite 1800
Chicago, IL 60606


Mulford on the Park Condo Assn.
c/o Mary R. Kerkorian
2551 N. Clark St., Suite 405
Chicago, IL 60614


Multi Stone Countertops
c/o Contractors Lien Services, Inc.
6315 N. Milwaukee Ave.
Chicago, IL 60646


Nationwide Credit, Inc.
2015 Vaughn Rd. NW
BLD 400
Kennesaw, GA 30144-7801


Nicor Gas
P.O. Box 2020
Aurora, IL 60507

North Star Trust Company
500 W. Madison St.
Suite 3150
Chicago, IL 60661


Northbrook Bank & Trust
c/o Polsinelli Shughart PC
161 N. Clark St., Suite 4200
Chicago, IL 60601


Northland Group, Inc.
P.O. Box 390846
Minneapolis, MN 55439


Northshore University Health System
Hospital Billing
23056 Network Place
Chicago, IL 60673-1230


Northshore Unviersity Health System
9851 Eagle Way
Chicago, IL 60678-0001


Oak Worth Plumbing
9436 Steger Rd.
Frankfort, IL 60423


One West Bank
888 E. Walnut St.
Pasadena, CA 91101


Park National Bank
c/o CROWLEY & LAMB PC
350 N LASALLE #900
Chicago, IL 60654


Park National Bank
c/o CROWLEY & LAMB PC
350 N LASALLE #900
Chicago, IL 60610


Peoples Gas
130 E. Randolph Dr.
Chicago, IL 60601

Pro-Line Door Systems
716 N. Edgewood Ave.
Wood Dale, IL 60191


Ravenswood Community Bank
2300 West Lawrence Avenue
Chicago, IL 60625


Regional Adjustment Bureau, Inc.
7000 Goodlett Farms Parkway #501
PO Box 341111
Memphis, TN 38016


REL Financial
c/o McCarthy, Burgess & Wolff
26000 Cannon Road
Bedford, OH 44146


Ronald Nisson
5255 Danbury Lane
Long Grove, IL 60047


Rosenthal Bros., Inc.
PO Box 700
Deerfield, IL 60015-0700


Schaaf Window Co., Inc.
c/o Hoogendoorn and Talbot, LLP
122 S. Michigan Avenue, Suite 1220
Chicago, IL 60603-6263


Schain, Burney, Ross & Citron
222 N. LaSalle St.
Suite 1910
Chicago, IL 60601-1102


Slawomir Derezinski
d/b/a Comfort Solutions
2019 N. 74th Ct.
Elmwood Park, IL 60707


Smith Rothchild Bank
221 N. LaSalle St., Suite 1850
Chicago, IL 60601

Ted Kawula Company
c/o Bradley Daniel Birge
217 N. Jefferson St.
Chicago, IL 60661


Top Line Fence Company
2130 N. Cicero Ave.
Chicago, IL 60639


U.S. Cellular
PO Box 0203
Palatine, IL 60055-0203


US Bank, N.A.
801 N. Clark St.
Chicago, IL 60610


Van Ru Credit Corporation
1350 E. Touhy Ave., Suite 100E
Des Plaines, IL 60018-3307


Washington Federal Bank
2869 South Archer
Chicago, IL 60608


We're Down, LLC
c/o Alex Pissos
1848 N. Western Ave.
Chicago, IL 60647


Weis, Dubrock & Doody
1 North La Salle Street
Suite 1300
Chicago, IL 60602


Yuri Star d/b/a New Age Concepts
c/o Fuksa Khorshid, LLC
70 W. Erie, 3rd Floor
Chicago, IL 60610


Yuri Star d/b/a New Age Concepts
c/o Edward A. Berman, P.C.
55 E. Monroe St., Suite 3910
Chicago, IL 60603